## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * Crim. No. 23-cr-00046-TFM |
| | * |
| **CLIFFORD GRADY INMAN** | * |

### FINAL ORDER OF FORFEITURE

The United States filed a motion requesting this Court make final its preliminary order of forfeiture as to the following property in the above-styled case:

1) **One Cobra, 380 caliber handgun, serial number CP105259; and**

2) **Five rounds of .380 ammunition.**

[Doc. No. 66] After full consideration and for the reasons set out in the United States' motion, this motion is **GRANTED**.

All rights, title, and interest in the property identified above is hereby condemned, forfeited, and vested in the United States for disposition according to law. The United States may warrant good title to any subsequent purchaser or transferee of this property pursuant to 21 U.S.C. § 853(n)(7).

The Bureau of Alcohol, Tobacco, Firearms and Explosives, or other duly authorized federal agency, is ordered to take the above-described property into its secure custody and control, and is authorized to dispose of this property in accordance with the law.

This Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE** and **ORDERED** this 30th day of July 2025.

/s/Terry F. Moorer
HON. TERRY F. MOORER
UNITED STATES DISTRICT JUDGE